# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CITY OF PARAGOULD, ARKANSAS**                                                         **PLAINTIFF**

**VS.**                                         **3:09CV00172-WRW**

**CONNIE BURNS WATKINS and**                                         **DEFENDANTS/**
**RICHARD WATKINS**                                                 **THIRD-PARTY PLAINTIFFS**

**VS.**

**MIKE GASKILL,** *et al.*                                          **THIRD-PARTY DEFENDANTS**

## ORDER

Defendants/Third-Party Plaintiffs' Motion to Set Aside the Judgment Based on Fraud (Doc. No. 37) and Motion to Amend Findings, *etc.* (Doc. No. 39) are DENIED. Their request that the Court clarify who is appellant and appellee is DENIED as MOOT, because the Order remanding this case is not reviewable on appeal.[1]

Since this case was remanded to the Circuit Court of Greene County, Arkansas, Civil Division, on October 26, 2009, -- nearly a month ago -- the Clerk of the Court is directed to no longer accept filings from Defendants/Third-Party Plaintiffs in this case.

IT IS SO ORDERED this 24th day of November, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1447(d) ("An order remanding a case to the State Court from which it was removed is not reviewable on appeal or otherwise . . . .").