IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CITY OF PARAGOULD, ARKANSAS**                                             **PLAINTIFF**

VS.                                  **3:09-CV-00172-BRW**

**CONNIE BURNS WATKINS and**                                             **DEFENDANTS**
**RICHARD WATKINS**

## ORDER

Pending is Defendants' Motion to Reconsider and to Strike the October 26, 2009 Orders and to Correct the Record (Doc. No. 78). Earlier, in an Order entered on August 23, 2012, I denied Plaintiff's request for removal.[1] Accordingly, Defendants' Motion is DENIED as MOOT, and the Clerk of the Court is directed to no longer accept filings from Defendants in this case.

IT IS SO ORDERED this 6th day of September, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 77.